## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JACK M. BAINS,** | ] |
| **Plaintiff,** | ] |
| **VS.** | ] CIVIL ACTION NO. |
| | ] 2:20-CV-1094 AMM |
| **ALLEN & NEWMAN, PLLC,** | ] |
| **Defendant.** | ] |

### O R D E R

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 10). Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, with each party to bear their own fees and costs.

**DONE** and **ORDERED** this the 21st day of August, 2020.

*/s/ Anna M. Manasco*
_____
ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE